No. 77–6503.   DeSantis *v.* United States;
No. 77–6529.   Boscia *v.* United States;
No. 77–6556.   Scolieri *v.* United States; and
No. 77–6557.   Plusquellec *v.* United States.   C. A. 3d
Cir.   Certiorari denied.

No. 77–6506.   McDonald *v.* Thompson, Warden.   C. A.
6th Cir.   Certiorari denied.

No. 77–6513.   Pallan *v.* United States.   C. A. 9th Cir.
Certiorari denied.

No. 77–6518.   Caruso *v.* United States Board of Parole.
C. A. 3d Cir.   Certiorari denied.

No. 77–6525.   Maguire *v.* United States.   C. A. 1st Cir.
Certiorari denied.

No. 77–6527.   Jones *v.* United States.   C. A. 4th Cir.
Certiorari denied.

No. 77–6530.   Cruz *v.* United States.   C. A. 9th Cir.
Certiorari denied.

No. 77–6533.   Heft *v.* United States.   C. A. 10th Cir.
Certiorari denied.

No. 77–6535.   Wakefield *v.* United States.   C. A. 6th
Cir.   Certiorari denied.

No. 77–6550.   Spicer *v.* United States.   C. A. 5th Cir.
Certiorari denied.

No. 77–6552.   Arlt *v.* United States.   C. A. 5th Cir.
Certiorari denied.

No. 77–6561.   Cyphers *v.* United States.   C. A. 10th
Cir.   Certiorari denied.